# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETEDGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALHOME, INC. d/b/a T-MOTORSPORTS, <br><br> Defendants. | Civil Action No. **1:16-cv-12293** <br><br> **JURY TRIAL DEMAND** |

## COMPLAINT

Plaintiff PetEdge, Inc., complains against Calhome, Inc. d/b/a T-Motorsports as follows:

## PARTIES

1. PetEdge is a Massachusetts corporation headquartered at 100 Cummings Center, Beverly, Massachusetts, 01915.

2. PetEdge is in the business of designing, sourcing, manufacturing, and distributing pet-related merchandise.

3. PetEdge invented a folding pet ramp and steps combination apparatus ("pet ramp/steps"), and PetEdge owns a patent directed to various embodiments of this apparatus, namely U.S. Patent No. 7,621,236 ("the '236 Patent"). A copy of the '236 Patent is attached as **Exhibit A**. PetEdge manufactures and sells pet ramp/steps embodying inventions claimed in the '236 Patent and marks those products with the '236 Patent.

4. Among the pet ramp/steps that PetEdge sells is its "Renew Rampsteps" (SKU ZA6044), which PetEdge markets and sells under its PET STUDIO ® brand. PetEdge also sells a version under the GUARDIAN GEAR® brand.

5.  On information and belief, Calhome, Inc. d/b/a T-Motorsports ("Calhome") is a California corporation headquartered at 2550 Fulton Road, Unit A, Pomona, California, 91767.

6.  On information and belief, Calhome manufactures, uses, offers to sell, and/or sells an array of household furniture products, including pet-related merchandise.

7.  Calhome's pet-related merchandise includes at least two models of pet ramp/steps, which are advertised and sold under the "TMS," "T-Motorsports," or "GVGs Shop" brand.  Upon information and belief, Calhome's models of pet ramp/steps at least include "Pet Folding 2-in-1 Stairs Ramp Non Slip Sturdy Wooden Step Dog Cat Animal Ladder" sold under the "TMS" or "T-Motorsports" brand, and "1 Set Leading Popular 2in1 Pet Stairs Ramp Portable Folding Lightweight Dog Steps Ladder Color Black and Wood" sold on Amazon under the "GVGs Shop" brand ("Accused Products").

8.  Calhome distributes its products, including the Accused Products, through national retailers like Amazon.com as well as through its own website (www.t-motorsports.com). Calhome's activities have been without express or implied license from PetEdge.

9.  An excerpt from a national, third-party retailer (www.amazon.com) listing for sale one of the Accused Products, namely "Pet Folding 2-in-1 Stairs Ramp Non Slip Sturdy Wooden Step Dog Cat Animal Ladder," is attached hereto as **Exhibit B**.  An excerpt from www.t-motorsports.com, listing for sale one of the Accused Products, namely "Pet Folding 2-in-1 Stairs Ramp Non Slip Sturdy Wooden Step Dog Cat Animal Ladder," is attached hereto as **Exhibit C**.  An excerpt from a national, third-party retailer (www.amazon.com) listing for sale one of the Accused Products, namely "1 Set Leading Popular 2in1 Pet Stairs Ramp Portable Folding Lightweight Dog Steps Ladder Color Black and Wood," is attached hereto as **Exhibit D**.

10. Calhome d/b/a T-Motorsports represented that it imported the Accused Products into the United States and offered them for sale.

11. The Accused Products compete directly with PetEdge's pet ramp/steps product and appear to be knock-offs of the PetEdge pet ramp/steps product, such as PetEdge's PET STUDIO® pet ramp/steps. For example, a side-by-side comparison of PetEdge's patented PET STUDIO® "Renew Rampsteps" and examples of the Calhome Accused Products are depicted below.



ME1 23699517v.1

## JURISDICTION AND VENUE

12. This is an action for patent infringement arising under the Patent Laws of United States, Title 35, United States Code. This Court has jurisdiction under 28 U.S.C. §§ 1331 (federal question), 1332 (diversity) and 1338 (patent actions).

13. Venue is proper under 28 U.S.C. § 1391(b) and (c) and § 1400(b). Calhome has committed and/or threatened to commit acts of infringement in this District, and this action arises from those acts. Calhome has regularly engaged in business in this Commonwealth and District and purposefully availed itself of the privilege of conducting business in this District, for example, by offering for sale and selling the Accused Products in this District.

14. For example, Calhome advertises, offers for sale, and sells the Accused Products through various retail websites, such as Amazon.com. The Accused Products are made available to any person to buy, including Massachusetts residents. Indeed, a PetEdge employee was able to buy the Accused Products on Amazon.com and have them shipped to her home in Massachusetts. The Accused Products were both shipped from Calhome's address, registered with the California Secretary of State. There were no geographic restrictions placed on sales of Calhome's Accused Products. They are made available to any and all Massachusetts customers.

## THE PATENT INFRINGED

15. On November 24, 2009, the United Stated Patent and Trademark Office ("USPTO") issued United States Patent No. 7,621,236, entitled "Folding Pet Ramp and Steps" ("the '236 Patent').

16. The '236 Patent was assigned to PetEdge, which owns the full rights, title, and interest in the '236 Patent.

17. The '236 Patent has not expired and is in full force and effect.

18. Pursuant to 35 U.S.C. § 282, the '236 Patent and each of its claims are presumed valid.

19. PetEdge marks its pet ramp/steps with the '236 Patent and thus gives at least constructive notice of the '236 Patent to the public, including to Calhome.

**THE ALLEGED PATENT INFRINGEMENT**

20. Calhome designs, makes, imports, uses, sells, and/or offers to sell infringing pet ramp/steps products, including at least the "Pet Folding 2-in-1 Stairs Ramp Non Slip Sturdy Wooden Step Dog Cat Animal Ladder" and "1 Set Leading Popular 2in1 Pet Stairs Ramp Portable Folding Lightweight Dog Steps Ladder Color Black and Wood."

21. As alleged herein, Calhome has engaged in actions that directly infringe the '236 Patent.

22. Exemplary claim charts showing infringement by the Accused Products of the first independent claim of the '236 Patent are shown below. These claim charts are based on preliminary analysis and may be amended and/or supplemented after further investigation and discovery in this action. Although PetEdge has charted infringement of Claim 1, PetEdge also contends that other claims are infringed. The claim charts are for notice purposes under Fed. R. Civ. P. 8 and 12.

| Claim Element | "T-Motorsports" Infringing Feature of Accused Product |
|---|---|
| **1.** An apparatus comprising: | The Accused Product is an apparatus. |
| a frame supporting an upper platform member and a lower platform member; | The Accused Product comprises a frame supporting an upper platform member and a lower platform member. The photo below shows the Accused Product with the frame, upper platform member, and lower platform member labeled.<br><br>[Photo showing the Accused Product with labels "Upper and Lower Platform Members" and "Frame"] |
| the lower platform member having a lower riser and a lower runner; and | The Accused Product comprises a lower platform member having a lower riser and a lower runner. The lower platform member can be seen in the photo below as denoted by the box. The riser and runner are labeled below. The riser supports the runner in the step alignment. |

ME1 23699517v.1

| Claim Element | "T-Motorsports" Infringing Feature of Accused Product |
|---|---|
| | ![Photo of accused product with upper platform member boxed in red, and labels "Runner" and "Riser"] |
| the upper platform member having an upper riser and an upper runner which are moveable between a ramp mode and a step mode, the upper riser: | The Accused Product comprises an upper platform member having an upper riser and an upper runner. The upper platform member can be seen in the photo below as denoted by the box. The riser and runner are labeled below. The riser supports the runner in the step alignment. |

7

| Claim Element | "T-Motorsports" Infringing Feature of Accused Product |
|---|---|
| | 
The above photo shows the Accused Product in a step mode. The below photo shows the Accused Product as subsequently moved to a ramp mode. |

| Claim Element | "T-Motorsports" Infringing Feature of Accused Product |
|---|---|
| (i) fixedly supporting the upper runner against the frame when in the step mode, and | The Accused Product comprises an upper riser: (i) fixedly supporting the upper runner against the frame when in the step mode. The photo below shows the upper riser fixedly supporting the upper runner against the frame when in the step mode. |

| Claim Element | "T-Motorsports" Infringing Feature of Accused Product |
|---|---|
| (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode. | The Accused Product comprises an upper riser: . . . (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode. The photo below shows the apparatus after the upper runner has been moved to the ramp mode by means of moving the upper riser from its fixedly supported position. |

ME1 23699517v.1

| Claim Element | "GVGs Shop" Infringing Feature of Accused Product |
|---|---|
| **1.** An apparatus comprising: | The Accused Product is an apparatus. |
| a frame supporting an upper platform member and a lower platform member; | The Accused Product comprises a frame supporting an upper platform member and a lower platform member. The photo below shows the Accused Product with the frame, upper platform member, and lower platform member labeled.![Photo of accused product with Upper and Lower Platform Members and Frame labeled] |
| the lower platform member having a lower riser and a lower runner; and | The Accused Product comprises a lower platform member having a lower riser and a lower runner. The lower platform member can be seen in the photo below as denoted by the box. The riser and runner are labeled below. The riser supports the runner in the step alignment. |

11

| Claim Element | "GVGs Shop" Infringing Feature of Accused Product |
|---|---|
| | ![Accused product photograph with labeled Runner and Riser, upper platform member highlighted in red box] |
| the upper platform member having an upper riser and an upper runner which are moveable between a ramp mode and a step mode, the upper riser: | The Accused Product comprises an upper platform member having an upper riser and an upper runner. The upper platform member can be seen in the photo below as denoted by the box. The riser and runner are labeled below. The riser supports the runner in the step alignment. |

ME1 23699517v.1

| Claim Element | "GVGs Shop" Infringing Feature of Accused Product |
|---|---|
| | ![Step mode photo with Runner and Riser labeled] The above photo shows the Accused Product in a step mode. The below photo shows the Accused Product as subsequently moved to a ramp mode. ![Ramp mode photo] |

| Claim Element | "GVGs Shop" Infringing Feature of Accused Product |
|---|---|
| (i) fixedly supporting the upper runner against the frame when in the step mode, and | The Accused Product comprises an upper riser: (i) fixedly supporting the upper runner against the frame when in the step mode. The photo below shows the upper riser fixedly supporting the upper runner against the frame when in the step mode. |

14

| Claim Element | "GVGs Shop" Infringing Feature of Accused Product |
|---|---|
| (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode. | The Accused Product comprises an upper riser: . . . (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode. The photo below shows the apparatus after the upper runner has been moved to the ramp mode by means of moving the upper riser from its fixedly supported position. |

## COUNT I
## INFRINGEMENT OF THE '236 PATENT

23. PetEdge re-alleges and incorporates by reference the preceding paragraphs as though fully set out herein.

24. In violation of 35 U.S.C. § 271, Calhome has been infringing, and continues to infringe, the '236 Patent by way of manufacturing, using, offering to sell, and/or selling the Accused Products within the United States, as depicted in Exhibits B, C, and D, and as covered by one or more of the claims in the '236 Patent.

25. Calhome has had, at least, constructive notice of the '236 Patent pursuant to 35 U.S.C. §287(a) because PetEdge marks its pet ramp/steps products with the '236 Patent. Further, PetEdge notified Calhome about the alleged infringement of the '236 Patent by letter addressed to T-Motorsports dated October 7, 2016, and by letter addressed to GVGs Shop dated October

15

13, 2016 (both at Calhome's registered address at 2550 Fulton Road, Unit A, Pomona, California, 91767). Thus, Calhome has actual knowledge of the '236 Patent.

26. Calhome has profited, and continues to profit, from its manufacture, use, offer to sell, and sale of the Accused Products.

27. On information and belief, Calhome's infringement of the '236 Patent has been and continues to be willful, wanton, and deliberate.

28. PetEdge has been, and continues to be, damaged and irreparably harmed by Calhome's infringement of the '236 Patent.

**WHEREFORE**, PetEdge respectfully requests that this Court enter judgment for PetEdge and against Calhome, and grants PetEdge the following relief:

A.   A judgment under 35 U.S.C. § 271 finding that Calhome infringes the '236 Patent;

B.   An order under 35 U.S.C. § 283 preliminarily and permanently enjoining Calhome from infringing the '236 Patent;

C.   An award of damages under 35 U.S.C. § 284 adequate to compensate PetEdge for Calhome's infringement of the '236 Patent and an accounting to determine the proper amount of such damages;

D.   A three-fold increase in damages as a result of Calhome's willful, wanton, and deliberate acts of infringement;

E.   An award pursuant to 35 U.S.C. § 284 of costs, prejudgment, and post judgment interest on PetEdge's compensatory damages;

F.   An award pursuant to 35 U.S.C. § 285 of PetEdge's attorneys' fees incurred in this action;

G. An order directing the recall and destruction of any and all existing Calhome folding pet ramp and steps systems that infringe the '236 Patent; and

H. Such further relief as this Court deems just and proper.

## JURY DEMAND

PetEdge demands a trial by jury on all issues so triable.

PETEDGE, INC.,
By its attorneys,

*/s/ Erik Paul Belt*
Erik Paul Belt (BBO# 558620)
Wyley S. Proctor (BBO# 666613)
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
T: (617) 449-6500
F: (617) 607-9200
ebelt@mccarter.com
wproctor@mccarter.com

Dated: November 15, 2016